No. 1807. EL PUEBLO, APELADO, *v.* ZAYAS, APELANTE. —

Corte de Distrito de Humacao.  Acometimiento con circunstancias agravantes.  Resuelto en diciembre 9, 1921.  No se ha presentado alegato y no aparece de los autos error fundamental alguno.  *Confirmada.*